UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ANNE E. SCHEURER,

    Plaintiff,

    v.                                                  Case No. 15-cv-770

FROMM FAMILY FOODS, LLC,

    Defendant.

---

## NOTICE OF APPEAL

---

Notice is hereby given that the Defendant in the above named case hereby appeals to the United States Court of Appeals for the Seventh Circuit, the Opinion and Order denying Defendant's Motion to Compel Arbitration entered in this action on August 18, 2016 pursuant to 9 U.S.C. § 16(a)(1). The Seventh Circuit Rule 3(c) Docketing Statement is attached as Exhibit 1.

Dated: September 1, 2016

Respectfully submitted,

Fromm Family Foods, LLC,
Defendant

MICHAEL BEST & FRIEDRICH LLP

By:   s/ Katherine L. Goyert
      Thomas W. Scrivner
      Counsel of Record
      twscrivner@michaelbest.com
      Kerryann M. Haase
      kmhaase@michaelbest.com
      Katherine L. Goyert
      klgoyert@michaelbest.com
      100 East Wisconsin Avenue, Suite 3300
      Milwaukee, Wisconsin  53202-4108
      Phone:  414-271-6560
      Fax:  414-277-0656
      Attorneys for the Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2016, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William F. Sulton
Peterson, Johnson & Murray, S.C.
788 N. Jefferson Street
Suite 500
Milwaukee, WI 53202
wsulton@pjmlaw.com

    s/ Katherine L. Goyert
    Thomas W. Scrivner
    Counsel of Record
    twscrivner@michaelbest.com
    Kerryann M. Haase
    kmhaase@michaelbest.com
    Katherine L. Goyert
    klgoyert@michaelbest.com
    100 East Wisconsin Avenue, Suite 3300
    Milwaukee, Wisconsin  53202-4108
    Phone:  414-271-6560
    Fax:  414-277-0656
    Attorneys for the Defendant