UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ANNE E. SCHEURER,

    Plaintiff,

v.                                               Case No. 3:15-cv-00770

FROMM FAMILY FOODS LLC,

    Defendant.

---

**MOTION TO LIFT STAY AND FOR A SCHEDULING ORDER
BY PLAINTIFF ANNE E. SCHEURER**

---

Before

The Honorable James D. Peterson
Chief U.S. District Court Judge

For the Plaintiff

William F. Sulton, Esq.

PETERSON, JOHNSON & MURRAY, S.C.
788 North Jefferson Street, Suite 500
Milwaukee, Wisconsin 53202
Telephone: 414-278-8800
Facsimile: 414-278-0920
Email: wsulton@pjmlaw.com

Date: July 20, 2017.

COMES NOW Plaintiff Anne E. Scheurer ("Scheurer"), by her attorney, William F. Sulton, Esq., of the law firm of Peterson, Johnson & Murray, S.C., and moves the Court for an order lifting the stay and for a scheduling order. The Seventh Circuit affirmed the Court's decision and order denying Defendant Fromm Family Foods LLC's motion to compel arbitration. *Scheurer v. Fromm Family Foods LLC*, No. 16-3327 (7th Cir., Jul. 17, 2017).

Dated at the law offices of Peterson, Johnson & Murray, S.C., in Milwaukee, Wisconsin, on this 20th day of July, 2017.

PETERSON, JOHNSON & MURRAY, S.C.
Attorneys for Plaintiff

*/s/ William F. Sulton, Esq.*
William F. Sulton, Esq.
State Bar No. 1070600
788 N Jefferson St Ste 500
Milwaukee, WI 53202-3763
Phone: 414-278-8800
Fax: 414-278-0920
Email: wsulton@pjmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2017, I served a true and correct copy of the above *Motion for An Order Lifting the Stay and for a Scheduling Order*, via the Court's CM/ECF system, to the below counsel of record for defendant.

Thomas W. Scrivner
Kerryann M. Haase
Katherine L. Goyert
Michael Best & Fredrich LLP
100 E Wisconsin Ave Ste 3300
Milwaukee, WI 53202

                PETERSON, JOHNSON & MURRAY, S.C.
                Attorneys for Plaintiff

                */s/ William F. Sulton, Esq.*
                William F. Sulton, Esq.
                State Bar No. 1070600
                788 N Jefferson St Ste 500
                Milwaukee, WI 53202-3763
                Phone: 414-278-8800
                Fax: 414-278-0920
                Email: wsulton@pjmlaw.com